```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03426
   LATASHA Y JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-5084


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 02/14/2008 and was not confirmed.

   The case was dismissed without confirmation 04/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED            317.48          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY            3025.00          .00            .00
ZTEL COMMUNICATIONS        UNSECURED          NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          NOT FILED         .00            .00
LINCOLN IMAGING CENTER     UNSECURED          NOT FILED         .00            .00
FIRST PREMIER BANK         UNSECURED          NOT FILED         .00            .00
ST FRANCIS HOSPITAL        UNSECURED          NOT FILED         .00            .00
ST FRANCIS HOSPITAL        UNSECURED          NOT FILED         .00            .00
PATHOLOGY CONSULTANTS      UNSECURED          NOT FILED         .00            .00
MCI COMMUNICATIONS         UNSECURED          NOT FILED         .00            .00
MCI COMMUNICATIONS         UNSECURED          NOT FILED         .00            .00
ST FRANCIS EMERGENCY PHY   UNSECURED          NOT FILED         .00            .00
MCI COMMUNICATIONS         UNSECURED          NOT FILED         .00            .00
SHERMAN ACQUISITION        UNSECURED          NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            283.76          .00            .00
MCI                        UNSECURED          NOT FILED         .00            .00
AARONS                     NOTICE ONLY        NOT FILED         .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC     16297.00           .00            .00
AMERICREDIT FINANCIAL SV   UNSECURED           742.29           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,464.00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03426 LATASHA Y JOHNSON

```
DEBTOR REFUND                                                              .00
                                      ---------------      ---------------
TOTALS                                            .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
Dated: 07/22/08                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```